IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENISE BONFILIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-20-841-SLP |
| | ) |
| FNU BALTAZAR, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda Maxfield Green entered November 4, 2020 [Doc. No. 13]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendations of the Magistrate Judge are ADOPTED in its entirety.

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of December, 2020

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE